IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.D.M.S., through next friend Y.S.R. | : | CIVIL ACTION |
| v. | : | |
| ROBERT F KENNEDY, et al. | : | NO. 26-5062 |

ORDER

AND NOW, this 28th day of July 2026, after a conference with counsel, it is hereby ORDERED that:

(1) Respondents shall file on or before August 10, 2026, their response in opposition to the petition for writ of habeas corpus and complaint for declaratory and injunctive relief; and

(2) Petitioner shall file any reply brief on or before August 20, 2026.

BY THE COURT:

/s/ Harvey Bartle III
J.