**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| A.D.M.S., | : | |
| | : | |
| *Petitioner,* | : | Civil Action No. 2:26-05062 |
| | : | |
| v. | : | |
| | : | |
| Robert F. Kennedy, Jr., *et al.*, | : | |
| | : | |
| *Respondents.* | : | |

AND NOW, this 28th day of July 2026, it is hereby ORDERED that petitioner A.D.M.S.'s Motion to Proceed under a pseudonym is GRANTED; and that the permission to file under seal is dismissed as MOOT pursuant to the stipulated agreement of the parties.

**SO ORDERED:**

/s/ Harvey Bartle III

**J.**