IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.D.M.S., through next friend Y.S.R. | : | CIVIL ACTION |
| v. | : | |
| ROBERT F KENNEDY, et al. | : | NO. 26-5062 |

ORDER

AND NOW, this 28th day of July 2026, after a conference with counsel, it is hereby ORDERED that the motion of petitioner for a temporary restraining order and/or preliminary injunction (Doc. #5) is DENIED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
J.