**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| A.D.M.S., A Minor, By and Through His Next Friend, Y.S.R., | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 2:26-cv-5062 |
| Robert F. Kennedy, Jr, et al., | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 27th day of August, 2026, upon consideration of the Respondents' Motion to Dismiss the Petition for Writ of Habeas Corpus as Moot and any response thereto, it is ORDERED that the motion is GRANTED and Plaintiff's complaint is DISMISSED.

The Clerk of Court is directed to close this case.

**SO ORDERED:**

/s/ Harvey Bartle III
J.